UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PRIMERICA LIFE INSURANCE COMPANY,

    Plaintiff,

    v.

ELIEZER SANCHEZ-GONZALEZ, et al.,

    Defendants.

Civil No. 05-1306 (JAF)

**O R D E R**

A Status Conference, in lieu of the Pretrial Conference, was held on February 17, 2006. The parties announced that this case has been settled.

Defendant Eliezer Sánchez-González has agreed to leave the proceeds of the $162,000 insurance policy for the full benefit of his minor child, Yan Eliezer Sánchez-Connover. The monies will be deposited by the Clerk of Court in an interest-bearing account or certificate of deposit resulting in the highest yield until the minor reaches legal age.

Two documents will be filed by the parties as part of this record. The first one will be the Declaration of Heirs pertaining to the Estate of Tania Connover-Colón. The second one will be the corresponding Sworn Statement by Eliezer Sánchez-González expressing his intent not to contest the beneficiary designation of the policy in favor of his son, Yan Eliezer Sánchez-Connover.

Civil No. 05-1306 (JAF)                                                     -2-

1   The parties are granted **ten (10) days** from the date of this
2   Order to file the final documentation outlining specific and definite
3   terms of settlement upon which the court will enter an order of
4   dismissal and discharge for the benefit of Plaintiff, Primerica Life
5   Insurance Company.
6   **IT IS SO ORDERED.**
7   San Juan, Puerto Rico, this **17th** day of February, 2006.

8                              S/José Antonio Fusté
9                              JOSE ANTONIO FUSTE
10                             Chief U. S. District Judge