|    | UNITED STATES DISTRICT COURT |
|----|---|
| 1  | |
| 2  | DISTRICT OF PUERTO RICO |

| 3 | PRIMERICA, | |
|---|---|---|
| 4 | Plaintiff, | Civil No. 05-1306 (JAF) |
| 5 | v. | |
| 6 | ELIEZER SANCHEZ GONZALEZ, | |
| 7 | et al., | |
| 8 | Defendants. | |

**O R D E R**

On February 15, 2006, the parties to this litigation informed the court that they had reached a settlement agreement whereby a disputed payout from the late Tania Connover-Colón's life insurance policy would be placed in trust for her young son, Yan Eliezer Sánchez-Connover. Docket Document No. 29. Defendant now moves for his attorney's fees to be taken from the payout before it goes into the trust. Docket Document No. 36.

Because Plaintiff "takes no position as to this request," Docket Document No. 29, because Defendant's counsel's itemization of the hours she spent on this case is reasonable, and because her hourly rate is reasonable, we grant Defendant's motion, with one minor adjustment. Upon adding up all of Defendant's itemized hours as the base of our calculations, we find that Defendant's total hours worked are 38.35 hours, not 38.85 hours as her motion states. At a rate of

Civil No. 05-1306 (JAF)                                                -2-

$125 per hour, Defendant's counsel's award is hereby entered as $4,793.75.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 19th day of June, 2006.

                                                S/José Antonio Fusté
                                                JOSE ANTONIO FUSTE
                                          Chief U. S. District Judge